## SMITH et al. v. BENNETT, WARDEN.

No. 624, Misc.   Decided April 16, 1962.

Appellants *pro se.*

*Evan Hultman,* Attorney General of Iowa, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER and MR. JUSTICE WHITE took no part in the consideration or decision of this case.